1  D. GILL SPERLEIN (172887)
   THE LAW OFFICE OF D. GILL SPERLEIN
2  584 Castro Street, Suite 879
3  San Francisco, California  94114
   Telephone: (415) 404-6615
4  Facsimile: (415) 404-6616
5  gill@sperleinlaw.com

6  Attorney for Plaintiff
   IO GROUP, INC.
7

8

9                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
10                        SAN JOSE DIVISION

11
                                        )
12  IO GROUP, INC. d/b/a TITAN MEDIA, a  )   **CASE NO.: 09-4401 (HRL)**
    California corporation,               )
13                                        )
                                          )
14                                        )   **[PROPOSED] ORDER GRANTING** IN PART
      Plaintiff,                          )   **PLAINTIFF IO GROUP, INC. LEAVE**
15                                        )   **TO TAKE DISCOVERY PRIOR TO**
                   vs.                    )   **RULE 26 CONFERENCE**
                                          )
16  GARY NIEDERHELMAN and CHRISTIAN       )
    TROY, individuals residing in the state of New )
17  Jersey,                               )   **No Hearing**
                                          )
18                                        )
      Defendants.                         )
19                                        )

20
21                          **[PROPOSED] ORDER**

22          Having considered Plaintiff's Miscellaneous Administrative Request Pursuant to Local

23  Rule 7-11 for Leave to Take Discovery Prior to Rule 26 Conference and finding good cause

24  therefore,

25          **IT IS HEREBY ORDERED,** that plaintiff is granted leave to take early discovery.

26  Plaintiff may immediately serve on Defendant Gary Niederhelman Requests for Admissions,

27  Requests for Production and Interrogatories, in substantially the same form as those attached to

28  Plaintiff's Miscellaneous Administrative Request for Leave to Take Early Discovery at Exhibit A.


                                       -1-

**IT IS FURTHER ORDERED,** that upon obtaining Internet protocol addresses from

Defendant Gary Niederhelman, plaintiff may serve on Internet access providers subpoenas to

obtain subscriber information for subscribers assigned ip addresses provided by Gary

Niederhelman.  Such subpoenas should be substantially in the same form as the example attached

to plaintiff's Miscellaneous Administrative Request for Leave to Take Discovery Prior to Rule 26

Conference as Exhibit B;

**IT IS FURTHER ORDERED**, that if any Internet access provider served with a

subpoena in accordance with this Order identifies a downstream access provider rather than an

individual subscriber, plaintiff may serve on the downstream provider(s) such additional

subpoenas as necessary in order to identify the individual subscriber assigned the ip address on the

date and time in question;

**IT IS FURTHER ORDERED,** that subpoenas authorized by this order and issued

pursuant thereto shall be deemed appropriate court orders under 47 U.S.C. §551;

**IT IS FURTHER ORDERED,** that Internet access providers shall have twenty-one (21)

days from the date they are served a subpoena and a copy of this order to respond to the subpoena

in order that such provider shall have sufficient time to provide notice to the subscriber whose

subscriber information plaintiff seeks to obtain thereby; and

**IT IS FURTHER ORDERED,** that good faith attempts by Internet service providers to

notify the subscribers shall constitute compliance with this order.

It is  FURTHER ORDERED that if Plaintiff is unable to obtain the necessary information by way
of the interrogatories, it may renew its request for an order authorizing early discovery of
documents. It is FURTHER ORDERED that Plaintiff shalls serve a copy of this Order on
Defendant and file proof of such service with the Court.

Dated: November 6, 2009

_____

~~HOWARD LLOYD~~
~~UNITED STATES MAGISTRATE JUDGE~~

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

-2-

[~~PROPOSED~~] ORDER FOR LEAVE
TO TAKE EARLY DISCOVERY
C-09-4401 (HRL)