IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IO GROUP, INC.,

    Plaintiff,

v.

GARY NIEDERHELMAN, et al.,

    Defendants.
                                      /

No. 09-04401 JSW

**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE**

On or about November 17, 2009, Defendant Gary Niederhelman, appearing *pro se*, filed a motion to dismiss for lack of personal jurisdiction. Defendant did not notice the motion for hearing as required by Northern District Civil Local Rule 7-2(a). It also appears that Defendant did not serve a copy of the motion on Plaintiff. *Id.* It is HEREBY ORDERED that Plaintiff's opposition to the motion shall be due on or before December 18, 2009. Defendant's opposition to the motion shall be on or before January 6, 2010.[1] The motion shall be set for a hearing on Friday, January 29, 2010 at 9:00 a.m. in Courtroom 11, 450 Golden Gate Avenue, San Francisco, California, 94102.

If either party seeks to modify this briefing schedule or the hearing date, they must submit a request to the Court demonstrating good cause for any such modification. Defendant is HEREBY ADMONISHED that failure to follow the Local Rules in the future may result in the

//

---

[1] The Court sets this briefing schedule in light of the Court's unavailability at the time the motion was filed and in light of the intervening holidays.

1  //

3  issuance of an Order to Show Cause as to why sanctions should not be imposed.

4  **IT IS SO ORDERED.**

5  Dated: November 30, 2009

6  JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC. et al,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NIEDERHELMAN et al,<br><br>　　　　Defendant.　　　　　　／ | Case Number: CV09-04401 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 30, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gary Niederhelman
410 Helen Terrace
Neptune, NJ 07753

Dated: November 30, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk