

December 30, 2009

The Honorable Jeffery S. White
United States District Court
450 Golden Gate Avenue
San Francisco, CA  94102

    Re:   *Io Group, Inc. v. Niederhelman,* **C-09-4401 (JSW)**

Dear Judge White:

The above captioned matter was previously reassigned to you from Magistrate Judge Lloyd.

Plaintiff attached its Certification of Interested Persons to its initial pleading (the Complaint). As directed via your December 1, 2009 Order, plaintiff hereby refers the Court to that disclosure statement. Plaintiff has reviewed the Court's Standing Order re Recusal and is aware of no further facts or circumstances which would raise any issue of recusal or require any amendment to the previously submitted disclosure.

Secondly, your December 1, 2009 Order Setting Case Management Conference, directed plaintiff to serve copies of the Order on all parties to the action and to file proof of service with the Court. The Clerk of the Court served the Order on the defendant gary Niederhelman (aka Christian Troy) and filed his proof of service with the Court, presumably negating the need for plaintiff to serve the Order on Mr. Niederhelman. Should any additional parties be joined, Plaintiff will serve the Order on those new parties and file a proof of service with the Court.

Respectfully,

D. GILL SPERLEIN
GENERAL COUNSEL, IO GROUP, INC.

---

**CERTIFICATE OF SERVICE**

I am a resident of and/or employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within entitled action. I work at the Law Office of D. Gill Sperlein, 584 Castro Street, Suite 879, San Francisco, California 94114. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service and, in the ordinary course of business, any correspondence delivered to our firm's mail room employee(s) is routinely deposited with the United States Postal Service on the same day. On the date shown below, I served the following documents:

- **LETTER TO COURT**
- **ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

on the interested parties in this action, by placing a true copy thereof enclosed in a sealed envelope, first class, with postage thereon fully prepaid for registered delivery and either: (1) personally delivering it to our firm's mail room employee(s) for deposit with the United States Postal Service pursuant to our firm's ordinary business practice; or (2) personally depositing such correspondence directly in the United States mail, addressed as follows:

>Gary Niederhelman
>419 Helen Terrace
>Neptune, N.J. 07753

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

**Dated: 12/30/2009**          By: _/s/ D. Gill Sperlein_
                                  D. Gill Sperlein