IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IO GROUP, INC.,

    Plaintiff,

v.

GARY NIEDERHELMAN, et al.,

    Defendants.

No. 09-04401 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DENYING WITHOUT PREJUDICE REQUEST TO APPEAR BY TELEPHONE**

    In light of the pending motion to dismiss, the case management conference is HEREBY CONTINUED to Friday, March 12, 2010 at 1:30 p.m. The parties' case management statements are due on March 5, 2010. Defendant's Motion to Appear by Telephone at the case management conference is DENIED WITHOUT PREJUDICE. Defendant may renew that request in his case management conference statement, but it must be supported by a showing of good cause.

    **IT IS SO ORDERED.**

Dated: January 7, 2010

                                                 JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IO GROUP, INC. et al,

        Plaintiff,

  v.

NIEDERHELMAN et al,

        Defendant.

Case Number: CV09-04401 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 7, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gary Niederhelman
410 Helen Terrace
Neptune, NJ 07753

Dated: January 7, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk