D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California  94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GARY NIEDERHELMAN and CHRISTIAN TROY, individuals residing in the state of New Jersey,<br><br>Defendants. | CASE NO.: 09-4401 (JSW)<br><br>**STIPULATED REQUEST TO RECALENDAR CASE MANAGEMENT CONFERENCE and [PROPOSED] ORDER**<br><br>Date:  March 12, 2010<br>Time:  1:30 p.m.<br>CtRm:  11 |

**WHEREAS** the Court has scheduled a case management conference in the above captioned action for March 12, 2010 at 1:30 p.m. in Courtroom 11; and

**WHEREAS** the Parties in the above captioned action have reached a settlement agreement all of the essential terms of which have been agreed to; and

**WHEREAS** the parties require additional time to reduce the agreement to writing and to execute the agreement; and

**WHEREAS** the Parties intend to execute the agreement and to file a stipulated request to dismiss this entire action within thirty (30) days;

**THEREFORE**, the Parties stipulate and respectfully request that the Court continue the currently scheduled Case Management Conference to April 16, 2010 at 1:30 p.m. with a Joint Case Management Conference Statement due on April 9, 2010.

Dated: *March 5, 2010*             */s/ Gill Sperlein*
                                    GILL SPERLEIN,
                                    Counsel for Plaintiff Io Group, Inc.

Dated: *March 5, 2010*             */s/ Gary Niederhelman*
                                    GARY NIEDERHELMAN,
                                    Defendant *pro per*

   I hereby attest that this is the declaration of Gary Niederhelman and the original with Gary Niederhelman's holographic signature is on file for production for the Court if so ordered, or for inspection upon request by any party.  Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated: *March 5, 2010*             */s/ Gill Sperlein*
                                    GILL SPERLEIN,
                                    Counsel for Plaintiff Io Group, Inc.

# [PROPOSED] ORDER

Having read and considered the above Stipulated Request and having found just cause, **IT IS SO ORDERED**. Plaintiff shall serve a copy of this Order on Defendants, and shall file proof of such service with the Court.

Dated: March 8, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE