**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC., | |
|     Plaintiff, | No. 09-04401 JSW |
|   v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| GARY NIEDERHELMAN, et al., | |
|     Defendants. | |

The Court has received and considered Plaintiff's Case Management Conference Statement. The Court HEREBY CONTINUES the Case Management Conference set for April 16, 2010 to April 30, 2010 at 1:30 p.m. A joint case management conference statement shall be due on April 23, 2010. The Court notes that Plaintiff's separate case management statement is not helpful to the Court with respect to scheduling. Therefore, if the parties have not settled this matter, the further case management conference statement should include proposed dates for close of both fact and expert discovery, deadlines for expert disclosure (opening and rebuttal), deadlines for hearings on dispositive motions, and specific dates for a pretrial conference and trial. Plaintiff shall serve a copy of this Order on Defendant and shall file proof of such service with the Court.

**IT IS SO ORDERED.**

Dated: April 13, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE