D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California 94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> GARY NIEDERHELMAN and CHRISTIAN TROY, individuals residing in the state of New Jersey, <br><br> Defendants. | CASE NO.: 09-4401 (JSW) <br><br> **PLAINTIFF'S ADMINISTRATIVE REQUEST TO RECALENDER CASE MANAGEMENT CONFERENCE and [PROPOSED] ORDER** <br><br> Date: April 30, 2010 <br> Time: 1:30 p.m. <br> CtRm: 11 |

Pursuant to Local Rule 7-11, Plaintiff seeks an order to reschedule the case management conference currently schedule for April 30, 2010. Stipulation could not be obtained for this request. Although Defendant appeared in this matter pro per he is represented by counsel. Some difficulties in communication have occurred as Plaintiff's

-1-

counsel seeks to honor rules of professional conduct and not directly contact Defendant, even though his counsel has not made a formal appearance. Defendant's counsel was not available for stipulation as explained in greater detail below.

The Court has once previously rescheduled the initial case management conference pursuant to stipulation and several times on the Court's own intuitive.

## BACKGROUND

Upon reassignment of this matter to Judge White, the Court issued a Scheduling Order setting the initial CMC for January 22, 2010. (Dkt. #25.) In light of a pending motion to dismiss the Court continued the conference until March12, 20101. (Dkt. # 29.) In response to a stipulated request to reschedule the CMC, (Dkt #32), the Court reset the conference to April 16, 2010. (Dkt. #35.) As the settlement agreement had still not been executed prior to the April 16th conference date, Plaintiff filed a Separate Case Management Conference State. (Dkt. 36.) Finding Plaintiff's separate statement insufficient, the Court ordered the conference rescheduled for April 30th with a joint case management conference statement due on April 23, 2010. (Dkt. #37.) By Tuesday April 20, 2010, the parties had finally agreed to all terms, reduced their agreement to writing, and circulated the document for signatures. (Sperlein Declaration at ¶3.) Plaintiff signed the document and delivered it to Defense counsel early Friday morning, anticipating that it would be returned and the parties could appropriately inform the Court prior to the end of the day when the CMC Statement was due. (*Id.* at ¶4.) Plaintiff's counsel received a e-mail from defense counsel stating that he was not available and that the documents would not be returned executed that day. (*Id.* at ¶5.) Plaintiff's counsel wrote a letter to the

Court explaining the situation. (Dkt. #38.) This morning, via voice message the Court's deputy admonished Plaintiff's counsel for submitting the letter and instructed Counsel to address the Court in an appropriate manner.

**REQUEST**

In light of all of the above, Plaintiff requests that the CMC scheduled for April 30, 1010, be rescheduled and set for May 14, 2010. Plaintiff is confident it will be able to finalize the settlement agreement by that time.

Plaintiff apologizes to the Court for any lapses in procedure and failure to meet deadlines.

Dated: *April 26, 2010*             */s/ Gill Sperlein*
                                    GILL SPERLEIN,
                                    Counsel for Plaintiff Io Group, Inc.


**[PROPOSED] ORDER**

Having read and considered the above Stipulated Request and having found just cause, **IT IS SO ORDERED**. If counsel for Defendant makes an appearance, a joint case management conference statement shall be due by May 7, 2010. If Defendant's counsel does not make an appearance, the parties shall file separate case management conference statements by that date. The case management conference shall be vacated if a dismissal is filed.

Dated: April 26, 2010                _____
                                     JEFFREY S. WHITE
                                     UNITED STATES DISTRICT JUDGE

Plaintiff shall serve a copy of this Order on Defendant.